UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                                    :
RAYMOND CHEVANNES,                        :
                               Plaintiff,    :
                                                       :
               -v-                        :
                                                     :                  14 Civ. 102 (JPO)
THE CITY OF NEW YORK, *et al.*,         :
                                   Defendants.  :                    Order
                                                       :
------------------------------------------------------------- X

J. PAUL OETKEN, District Judge:

       The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty days.

SO ORDERED.

Dated: New York, New York
           June 17, 2014

                                                                 J. PAUL OETKEN
                                                           United States District Judge