Oetken, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUN 27 2014

------------------------------------------------------------------------- x

RAYMOND CHEVANNES,

                                                    Plaintiff,

                    -against-

CITY OF NEW YORK, ET AL.,

                                                    Defendants.

------------------------------------------------------------------------- x

**STIPULATION AND
ORDER OF DISMISSAL**

14-cv-102 (JPO) (HBP)

　　　　**WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

NOW, **THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by

and between the undersigned, that the above-referenced action is hereby dismissed with

prejudice.

ROSE M. WEBER
*Attorney for Plaintiff*
30 Vesey Street, Suite 1801
New York, New York 10007
(212) 748-3355


By: _____

Rose M. Weber
*Attorney for Plaintiff*



Dated: New York, New York
June 27, 2014

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants City and Nestler*
100 Church Street, Rm. 3-155
New York, New York 10007

By: _____

Ashley R. Garman
*Assistant Corporation Counsel*

SO ORDERED:

_____
HON. J. PAUL OETKEN
UNITED STATES DISTRICT JUDGE

2